UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-61088-CIV-DIMITROULEAS

CHRISTOPHER TAYLOR, individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.

ACQUINITY INTERACTIVE, LLC, a
Delaware limited liability company, and
MODERNAD MEDIA LLC, a Florida limited
liability company,

    Defendant.
_____/

## ORDER DENYING MOTION FOR CLASS CERTIFICATION WITHOUT PREJUDICE

THIS CAUSE is before the Court upon Plaintiff Christopher Taylor's Motion for Class Certification [DE 4], filed May 14, 2013, the day after the filing of his Complaint [DE 1]. The Court has considered the Motion and the record, notes that there is no indication in the record that Plaintiff has served Defendants Acquinity Interactive LLC and ModernAd Media LLC, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff Christopher Taylor's Motion for Class Certification [DE 4] is **DENIED WITHOUT PREJUDICE** to being renewed later in the case after Defendants are served.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 14th day of May, 2013.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record