IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-61088-CIV-DIMITROULEAS

CHRISTOPHER TAYLOR, individually and on behalf of all others similarly situated,

      *Plaintiff*,

v.

ACQUINITY INTERACTIVE, LLC, a Delaware limited liability company, and MODERNAD MEDIA LLC, a Florida limited liability company,

      *Defendants*.

## JOINT SCHEDULING CONFERENCE AND DISCOVERY REPORT

Pursuant to the Court's May 15, 2013 Order Requiring Counsel to Meet, File Joint Scheduling Report and Joint Discovery Report, (Dkt. No. 6) and L.R. 16.1, the Parties have met for the purposes of developing a discovery plan, presented here in the attached Joint [Proposed] Scheduling Order, and submit this Joint Scheduling Conference and Discovery Report.

**1. CASE MANAGEMENT TRACK**

The Parties believe that this case should be assigned to a standard track pursuant to L.R. 16.1(a)(2)(B). This case is a putative nationwide class action. Discovery will likely take several rounds and require extensive document review (including Electronically Stored Information ("ESI")). In addition to any discovery related motions, the Parties anticipate the filing of dispositive motions, as well as Plaintiff's motion for class certification, both of which will need to be resolved prior to trial.

**2. CONFERENCE AND DISCOVERY REPORT**

    (A)  **Likelihood of Settlement.** Settlement is unlikely at this time, but the Parties will

attempt in good faith to resolve this matter.

(B)     **Likelihood of Appearance in the Action of Additional Parties.**  At this time, without the benefit of discovery, the Parties do not anticipate that additional parties will appear in this matter; however, the Parties reserve the right to seek leave to add additional parties if necessary and appropriate.

(C)     **Proposed Limits on the Time:**  the Parties met and conferred regarding their views and proposals concerning the matters listed in Rule 26(f).  Both Parties agree that the deadlines set forth in the attached Joint [Proposed] Scheduling Order outline an appropriate discovery plan for this case.  At this time, Acquinity and ModernAd anticipate the need for a protective order to govern the treatment of confidential information that they anticipate they may produce in response to plaintiff's discovery requests.  The parties agree to cooperate in good faith to submit a joint motion for such a protective order, and will file such a motion separately.  Otherwise, neither Party anticipates: the need to change the timing, form, or requirement for disclosures under Rule 26(a); the need to conduct discovery in phases or otherwise limit the topics for discovery; any issues about the disclosure or discovery of electronically stored information; or the need to otherwise limit the contours of discovery under the Federal or Local Rules.  As indicated below, the Parties agree that if any other issues concerning discovery do arise over the course of this litigation, such matters should be referred to a Magistrate Judge for resolution.

Given their respective views, the Parties agree that the deadlines set forth in the Joint [Proposed] Scheduling Order are acceptable and appropriate constraints on time for this matter.

(D)     **Proposals for the Formulations and Simplifications of Issues.**  The Parties have already met to discuss the facts and circumstances surrounding Plaintiff's claims and are presently working—and will continue to work—cooperatively to both narrow the factual and/or

legal issues in dispute and eliminate any non-meritorious claims and/or defenses.

(E) **Necessity or Desirability of Amendments to Pleadings.** After preliminary discovery, the Parties may seek leave to amend pleadings in accordance with Rule 15.

(F) **Obtaining Admissions of Fact and of Documents.** The Parties will attempt to obtain admissions of fact and stipulate to authentication and admissibility of documents, including ESI, which would avoid unnecessary proof and wasteful discovery. In the event the Parties are unable to agree, the Parties will seek the Court's rulings in advance of the trial of this matter.

(G) **Avoidance of Unnecessary Proof and of Cumulative Evidence.** The Parties do not anticipate a need to take any steps for the avoidance of unnecessary proof or cumulative evidence.

(H) **Reference of Matters to Magistrate Judge.** The Parties agree that all discovery matters may be referred to the Magistrate Judge.

(I) **Estimate of Time Required for Trial.** The Parties believe that trial will last 5-7 days.

(J) **Requested Date for Conference Before Trial.** The Court's ruling on Plaintiff's anticipated motion for class certification will affect the estimated length of trial, and defendants' motion for summary judgment, as the outcome of either motion will affect the number witnesses and documentary evidence to be presented at trial. Accordingly, the Parties request a pretrial conference following the Court's ruling on a motion for class certification and defendants' anticipated summary judgment motion to set a trial date and deadlines for completion of pretrial compliance.

(K) **Other Information Helpful to the Court in Setting the Case for Status or**

**Pretrial Conference.**  The Parties agree to exchange Rule 26 initial disclosures by September 16, 2013. The Parties will conduct discovery in accordance with the Federal Rules of Civil Procedure and Local Rules of this Court.

                                      Respectfully submitted,

Dated:  August 14, 2013              **CHRISTOPHER TAYLOR**, individually and on behalf of all others similarly situated,

By: s/ Benjamin S. Thomassen
      One of Plaintiff's Attorneys

Jay Edelson, Esq.
Rafey S. Balabanian, Esq.
Ari J. Scharg, Esq.
Christopher L. Dore, Esq.
Benjamin S. Thomassen, Esq.*
EDELSON LLC
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378
jedelson@edelson.com
rbalabanian@edelson.com
ascharg@edelson.com
cdore@edelson.com
bthomassen@edelson.com

Stefan Coleman, Esq. (#30188)
LAW OFFICES OF STEFAN COLEMAN, LLC
201 S Biscayne Blvd, 28th Floor
Miami, Florida 33131
Tel: (877) 333-9427
law@stefancoleman.com

* Admitted *pro hac vice*

*Attorneys for Plaintiff LaCroix and the putative class*

Dated: August 14, 2013              **Acquinity Interactive, LLC**, and **ModernAd Media, LLC**,

By: s/ Onier Llopiz

J. Douglas Baldridge (Florida Bar No. 0708070)
VENABLE LLP
575 7th Street, N.W.
Washington, D.C. 20004
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
jdbaldridge@venable.com

Onier Llopiz (Fla. Bar No. 579475)
Eric L. McAliley (Fla. Bar. No. 174343)
LYDECKER DIAZ, LLC
1221 Brickell Avenue, 19th Floor
Miami, Florida 33131
(305) 416-3180 (phone)
(305) 416-3190 (fax)
elm@lydeckerdiaz.com
ol@lydeckerdiaz.com

*Attorneys for Defendants Acquinity Interactive, LLC and ModernAd Media, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-61088-CIV-DIMITROULEAS**

CHRISTOPHER TAYLOR, individually and on behalf of all others similarly situated,

      *Plaintiff*,

v.

ACQUINITY INTERACTIVE, LLC, a Delaware limited liability company, and MODERNAD MEDIA LLC, a Florida limited liability company,

      *Defendants*.

**JOINT [PROPOSED] SCHEDULING ORDER**

The Court, after considering the matters discussed in the Parties' Joint Scheduling Conference Report, finds that good cause exists for entry of this [Proposed] Scheduling Order.

(A)   **Case Management Track.**

This matter is assigned to the standard case management track pursuant to L.R. 16.1(a)(2)(B).

(B)   **Discovery Schedule Agreed to by the Parties.**

The Parties shall comply with the deadlines set forth below.

|  | **Deadline or Event** |
|---|---|
| **September 16, 2013** | Rule 26(a)(1) Initial Disclosures. |
| **14 days after entry of the Scheduling Order** | The Parties shall agree upon a mediator and advise the Clerk's office of their choice. |
| **120 days after entry of the Scheduling Order** | The Parties shall file motions to amend pleadings or join Parties. |
| **120 days after entry of the Scheduling** | The Plaintiff shall disclose experts, expert witness summaries and |

6

| | |
|---|---|
| **Order** | reports. |
| **180 days after entry of the Scheduling Order** | The Defendant shall disclose experts, expert witness summaries and reports. |
| **210 days after entry of the Scheduling Order** | The Parties shall exchange rebuttal expert witness summaries and reports. |
| **250 days after entry of the Scheduling Order** | The Parties shall complete all discovery, including expert discovery. |
| **280 days after entry of the Scheduling Order** | Plaintiff shall file his Motion for Class Certification. |
| | The Parties shall file all dispositive pre-trial motions and memoranda of law. |
| | Resolution of all pre-trial motions by the Court |
| **60 days after resolution of the Parties' dispositive motions.** | The Parties shall file a joint pre-trial stipulation, as required by L.R. 16.1(e) and final proposed jury instructions. |
| **90 days after resolution of the Parties' dispositive motions.** | The Parties shall file witness and exhibit lists and all motions *in limine*. The witness list shall include only those witnesses the Parties actually intend to call at trial and shall include a brief synopsis of their testimony. The exhibit lists shall identify each witness that will introduce each exhibit. |
| **December 2014** | Trial |

DONE AND ORDERED in Chambers at _____, Florida, this _____ day of _____.

_____
HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE